NUMBER 13-05-398-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

ROLANDO ANAYA, ET AL.,                                      Appellants,

 

                                           v.

 

McALLEN
HOSPITALS, L.P.,                                       Appellee.

___________________________________________________________________

 

                 On appeal from the 275th  District Court

                           of Hidalgo
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                    Before Justices
Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellants, ROLANDO ANAYA, ET AL., perfected an appeal from a judgment entered
by the 275th District Court of Hidalgo County,
Texas, in cause number C-2093-03-E(1).  After the clerk=s record was filed and after the appeal was
referred to mediation, appellants filed a motion to dismiss the appeal.  In the motion, appellants state that the
parties have reached an agreement to settle and compromise their differences in
this suit.  Appellants request that this
Court dismiss the appeal and that costs of the appeal be taxed against
appellants in accordance with the parties= agreement.

The Court, having
considered the documents on file and appellants= motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellants= motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed this

the 6th day of October,
2005.